_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: May 16, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Katrina Walker, Debtor                                Case No. 25-00191-JAW
                                                                              CHAPTER 13

### ORDER DISALLOWING PROOF OF CLAIM # 11 AS FILED BY FIRST HERITAGE

THIS CAUSE having come on this date on the Debtor's Objection to Proof of Claim # 11 as Filed by First Heritage (DK # 21 ), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Objection to Proof of Claim # 11 as filed by First Heritage is granted, and further, Proof of Claim # 11 is hereby disallowed as filed.

###END OF ORDER###

Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com