**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 25-00191** |
| KATRINA WALKER | § | |
| DEBTOR(S) | § | |
| | § | **CHAPTER 13** |
| | § | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

Notice is hereby given that **CURO Management, LLC**, ("Creditor"), is withdrawing its **Proof of Claim**

**(Claim #11-1)** in the amount of **$1,086.73** filed on **March 23, 2025**, without prejudice to refiling at a later date.

Dated:                    May 16, 2025

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Gatlyn Lindbergh
Gatlyn Lindbergh
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BonialPC.com
Authorized Agent for CURO Management, LLC

3010-N-0270

**CERTIFICATE OF SERVICE OF WITHDRAWAL OF PROOF OF CLAIM**

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before _____5/16/2025_____ via U.S. Mail.  All other parties in interest listed on the Notice of Electronic Filing have been served electronically.

**Debtor**                          *Via U.S. Mail*
Katrina Walker
575 N Livingston Rd
Ridgeland, MS 39157

Respectfully Submitted,

/s/ Gatlyn Lindbergh
Gatlyn Lindbergh

WITHDRAWAL OF PROOF OF CLAIM - CERTIFICATE OF SERVICE                    3010-N-0270