IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                                     CHAPTER 13:

KATRINA WALKER                                              CASE NO. 25-00191-JAW

## ORDER OF DISMISSAL

**THIS MATTER** came before the Court on the Trustee's Notice and Motion to Dismiss (Docket #25). Thus, having considered the matter, and finding no responses within twenty-one (21) days, the court finds the Debtor's case should be dismissed, as the Debtor has not submitted the necessary funds to bring plan payments current within the specified amount of time.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Trustee's Notice and Motion to Dismiss is hereby granted and this case is hereby dismissed.

##END OF ORDER##

/s/ Torri Parker Martin
Torri Parker Martin, MSB #103938
STANDING CHAPTER 13 TRUSTEE
200 North Congress St., Suite 400
Jackson, MS 39201
Off: (601) 981-9100
Fax: (601) 981-1983
Email: tpm@tpmartinch13.com