___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 15, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13:** |
| **KATRINA WALKER** | **CASE NO. 25-00191-JAW** |

### AGREED ORDER CONDITIONALLY
### DENYING TRUSTEE'S MOTION TO DISMISS

**THIS MATTER** came before the Court on the Trustee's Motion and Notice to Dismiss for Non-Payment (Docket #25) and the Debtor's Response (Docket #27). Thus, having considered the matters, and finding the parties in agreement, the Court finds that the Trustee's Motion should be conditionally denied.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Trustee's Motion to Dismiss is hereby denied in part on the conditional that the Debtor shall **submit funds to the Trustee in the amount of at least Two Thousand Eight Hundred Thirty-Eight Dollars ($2,838.00) on or before July 28, 2025**. The Trustee, upon receipt of funds, shall amortize the current delinquency over the remaining life of the plan and amend the plan and wage order accordingly.

**IT IS, FURTHER ORDERED** that should the Debtor fail to adhere to the aforementioned requirement by **July 28, 2025**, the Trustee may submit an Order of Dismissal to the Court without further notice or hearing.

**IT IS, FURTHER ORDERED** that should the Debtor become more than sixty (60) days delinquent calculated from the first day of the first delinquent month, the Trustee may submit an Order of Dismissal to the Court without further notice or hearing.

##END OF ORDER##

**SUBMITTED BY:**

/s/ Kellie Grizzell
Kellie Grizzell, MSB# 105681
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
200 North Congress Street, Suite 400
Jackson, Mississippi 39201
Off: (601) 981-9100
Email: KGrizzell@tpmartinch13.com

**AGREED BY:**

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. BOX 13767
Jackson, MS 39236
Off: 601-500-5533
Email: trollins@therollinsfirm.com