United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-00191-JAW
Katrina Walker     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 1
Date Rcvd: Jul 15, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2025:**

**Recip ID     Recipient Name and Address**
db     + Katrina Walker, 575 N Livingston Rd, Ridgeland, MS 39157-5014

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 17, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2025 at the address(es) listed below:

**Name     Email Address**

Natalie Kareda Brown
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing nbrown@rlselaw.com
    lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Katrina Walker trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin
    tpm@tpmartinch13.com   trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 15, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                        **CHAPTER 13:**

**KATRINA WALKER**                                    **CASE NO. 25-00191-JAW**

**AGREED ORDER CONDITIONALLY**
**DENYING TRUSTEE'S MOTION TO DISMISS**

**THIS MATTER** came before the Court on the Trustee's Motion and Notice to Dismiss for Non-Payment (Docket #25) and the Debtor's Response (Docket #27). Thus, having considered the matters, and finding the parties in agreement, the Court finds that the Trustee's Motion should be conditionally denied.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Trustee's Motion to Dismiss is hereby denied in part on the conditional that the Debtor shall **submit funds to the Trustee in the amount of at least Two Thousand Eight Hundred Thirty-Eight Dollars ($2,838.00) on or before July 28, 2025**. The Trustee, upon receipt of funds, shall amortize the current delinquency over the remaining life of the plan and amend the plan and wage order accordingly.

**IT IS, FURTHER ORDERED** that should the Debtor fail to adhere to the aforementioned requirement by **July 28, 2025**, the Trustee may submit an Order of Dismissal to the Court without further notice or hearing.

**IT IS, FURTHER ORDERED** that should the Debtor become more than sixty (60) days delinquent calculated from the first day of the first delinquent month, the Trustee may submit an Order of Dismissal to the Court without further notice or hearing.

##END OF ORDER##

**SUBMITTED BY:**

/s/ Kellie Grizzell
Kellie Grizzell, MSB# 105681
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
200 North Congress Street, Suite 400
Jackson, Mississippi 39201
Off: (601) 981-9100
Email: KGrizzell@tpmartinch13.com

**AGREED BY:**

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. BOX 13767
Jackson, MS 39236
Off: 601-500-5533
Email: trollins@therollinsfirm.com