United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-00191-JAW
Katrina Walker  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 3
Date Rcvd: Jul 30, 2025      Form ID: ntcdsm      Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Katrina Walker, 575 N Livingston Rd, Ridgeland, MS 39157-5014 |
| cr | + | CURO Management, LLC,, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| 5466216 | + | 1st Franklin, 398 Hwy 51, Ridgeland, MS 39157-3401 |
| 5466217 | + | Ayanna L Dotson, c/o MW Law Firm, P.O. Box 3840, Tupelo, MS 38803-3840 |
| 5466218 | + | Bison Green, P.O. Box 528, Hays, MT 59527-0528 |
| 5466227 | | FMOLHS, P.O. Box 679302, Dallas, TX 75267-9302 |
| 5466231 | + | Jada Walker, 575 N Livingston Rd, Ridgeland, MS 39157-5014 |
| 5466232 | | Lakeland Radiologists, PO Box 23073, Jackson, MS 39225-3073 |
| 5466243 | + | Vanguard Parking, 3389 Sheridan St, Box 328, Hollywood, FL 33021-3606 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@curo.com | Jul 30 2025 19:32:00 | First Heritage, 101 N. Main Street Suite 600, Greenville, SC 29601-4846 |
| 5473985 | + | Email/Text: bankruptcy@1ffc.com | Jul 30 2025 19:32:00 | 1st Franklin Financial Corporation, ATTN: Admin Services, PO BOX 880, Toccoa GA 30577-0880 |
| 5486889 | | EDI: PHINAMERI.COM | Jul 30 2025 23:31:00 | AmeriCredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 5502236 | + | EDI: MAXMSAIDV | Jul 30 2025 23:31:00 | Aidvantage on behalf of: The Department, of Education, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 5470436 | + | EDI: PHINAMERI.COM | Jul 30 2025 23:31:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5477062 | ^ | MEBN | Jul 30 2025 19:29:19 | Blue Frog Loans, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5466219 | + | Email/Text: samantha.brucker@phfsgroup.com | Jul 30 2025 19:32:00 | Blue Frog Loans, P.O. Box 725, Fenton, MO 63026-0725 |
| 5475368 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 30 2025 19:32:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD STE 3000, SOUTHFIELD, MI 48034-8331 |
| 5466220 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jul 30 2025 19:32:54 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 5466221 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jul 30 2025 19:32:00 | CashNetUSA, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5466222 | + | Email/Text: bankruptcynotice@integracredit.com | Jul 30 2025 19:32:00 | Ccb-integra, 120 S Lasalle St, Chicago, IL 60603-3403 |
| 5466223 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 30 2025 19:32:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 30, 2025 | Form ID: ntcdsm | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| | | | | 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5466224 | + | EDI: CCS.COM | Jul 30 2025 23:31:00 | Credit Collection Serc, 725 Canton St, Norwood, MA 02062-2679 |
| 5466226 | | Email/Text: Bankruptcy@FMAAlliance.com | Jul 30 2025 19:32:00 | FMA Alliance Ltd, 12339 Cutten Rd, Houston, TX 77066 |
| 5489368 | + | Email/Text: bankruptcy@curo.com | Jul 30 2025 19:32:00 | First Heritage, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |
| 5466225 | + | EDI: AMINFOFP.COM | Jul 30 2025 23:31:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5466228 | + | EDI: PHINAMERI.COM | Jul 30 2025 23:31:00 | Gm Financial, 801 Cherry Street, Ste 3600, Fort Worth, TX 76102-6855 |
| 5466229 | ^ | MEBN | Jul 30 2025 19:29:31 | Henley, Lotterhos & He, PO Box 389, Jackson, MS 39205-0389 |
| 5466230 | | Email/Text: BankruptcyNotices@hughes.com | Jul 30 2025 19:32:00 | Hughes Net, PO Box 96874, Chicago, IL 60693-6874 |
| 5483597 | | EDI: JEFFERSONCAP.COM | Jul 30 2025 23:31:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5490904 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 30 2025 19:32:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5466233 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 30 2025 19:32:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5466235 | ^ | MEBN | Jul 30 2025 19:29:13 | NCB Management, Attn: Bankruptcy, 1 Allied Drive, Trevose, PA 19053-6945 |
| 5468312 | ^ | MEBN | Jul 30 2025 19:29:14 | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 5467447 | + | Email/Text: BKNC@rlselaw.com | Jul 30 2025 19:32:00 | Natalie Kareda Brown, Esq., Rubin Lublin, LLC, For NewRez LLC dba Shellpoint Mortgage S, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071-1570 |
| 5466234 | + | EDI: MAXMSAIDV | Jul 30 2025 23:31:00 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 5491201 | | Email/Text: mtgbk@shellpointmtg.com | Jul 30 2025 19:32:00 | NewRez LLC, DBA Shellpoint Mortgage Servicing, Bankruptcy Department, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5483599 | + | EDI: JEFFERSONCAP.COM | Jul 30 2025 23:31:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5466236 | + | EDI: CCS.COM | Jul 30 2025 23:31:00 | Progressive Insurance, PO Box 55126, Boston, MA 02205-5126 |
| 5482628 | + | Email/Text: peritus@ebn.phinsolutions.com | Jul 30 2025 19:32:00 | RISE Credit, Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |
| 5466238 | + | EDI: PHINELEVATE | Jul 30 2025 23:32:00 | RISE Credit, Attn: Bankruptcy, Po Box 101808, Fort Worth, TX 76185-1808 |
| 5466237 | + | Email/Text: ngisupport@radiusgs.com | Jul 30 2025 19:32:00 | Radius Global, Attn: Bankruptcy, 7831 Glenroy Suite 250, Edina, MN 55439-3117 |
| 5474418 | | Email/Text: enotifications@santanderconsumerusa.com | Jul 30 2025 19:32:00 | SANTANDER CONSUMER USA Inc., 1601 Elm St., Suite 800, Dallas, TX 75201-7260 |
| 5466239 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 30 2025 19:32:00 | Santander Consumer, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 5466240 | + | Email/Text: Tracey@sra-inc.net | Jul 30 2025 19:32:00 | Smith Rouchon, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 5466241 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |

| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 30, 2025 | Form ID: ntcdsm | Total Noticed: 47 |

| | | Jul 30 2025 19:32:00 | Specialized Loan, Attn: Bankruptcy, Po Box 636005, Littleton, CO 80163-6005 |
|---|---|---|---|
| 5467752 | Email/Text: bankruptcynotices@trustmark.com | Jul 30 2025 19:32:00 | TRUSTMARK NATIONAL BANK, P.O. BOX 291, JACKSON, MS 39205 |
| 5466242 | Email/Text: bankruptcynotices@trustmark.com | Jul 30 2025 19:32:00 | Trustmark, PO Box 23072, Jackson, MS 39225-3072 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Natalie Kareda Brown | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing nbrown@rlselaw.com lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Katrina Walker trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 25−00191−JAW
Chapter: 13

In re:
    Katrina Walker
    aka Katrina Deana Walker, fka Katrina Stamps
    575 N Livingston Rd
    Ridgeland, MS 39157

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
    xxx−xx−6718

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on July 30, 2025.

Dated: 7/30/25

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600